1 ERIC P. ESCAMILLA, Bar No. 231859
LAW OFFICE OF ERIC P. ESCAMILLA
2 1713 Tulare Street, Suite 208
Fresno, California 93721
3 Telephone: (559) 485-2535
Facsimile: (559) 485-3303
4

Attorney for Defendant
5 FORTUNATO BEAS

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-CR-00381 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| FORTUNATO BEAS, | Date: December 21, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**TO THE HONORABLE JUDGE LAWRENCE J. O'NEILL, JUDGE OF THE ABOVE-ENTITLED COURT:**

The parties in the above-captioned action by and through their respective attorneys of record hereby submit the following Stipulation to Continue the Sentencing Hearing currently scheduled for December 21, 2007, **and the parties hereby stipulate to continue the above hearing to February 15, 2007, at 9:00 a.m..** The purpose for this continuance is that additional time is needed by counsel for Defendant FORTUNATO BEAS to obtain additional information that counsel intends to offer at the time of sentencing.

///

///

///

1  To the extent that it is necessary, the parties agree that the delay resulting from the
2 continuance shall be excluded in the interests of justice, including but not limited to, the need for
3 the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.
4 sections 3161 (h)(8) (A) and 3161(h)(8)(B)(i) and (iv).

Law Office of Eric P. Escamilla

Dated: December 17, 2007        By:    /s/ Eric P. Escamilla
                                       ERIC P. ESCAMILLA,
                                       Attorney for Defendant
                                       FORTUNATO BEAS

United States Attorney

Dated: December 17, 2007        By:    /s/Laurel Montoya
                                       Laurel Montoya
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

## ORDER

Time is excluded pursuant to 18 U.S.C. sections 3161 (h)(8)(A) and 3161(h)(8)(B)(i) and (iv). HOWEVER, a continuance of sixty (60) days, without a legitimate reason, seems excessive. The continuance is for three weeks, to January 11, 2008 at 9 a.m.

IT IS SO ORDERED.

**Dated:    December 17, 2007**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE